# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARK A. BOOSE,

    Petitioner,

v.                                          CASE NO. 5:11cv310-MP-EMT

CHRISTOPHER ESP,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2012. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 19) is **GRANTED**.

    3.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    4.    A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 24th day of August, 2012.

                                                      s/ *M. Casey Rodgers*

                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**